# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146706

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM DELANO ROSS,
      Defendant-Appellant.

SC: 146706
COA: 313229
Genesee CC: 11-029349-FC

_____/

      On order of the Court, the application for leave to appeal the December 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



d0520

Clerk